No. 1202, Misc.   EDGAR *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *J. J. Kilimnik* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1227, Misc.   NICHOLS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1230, Misc.   WHITE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1231, Misc.   HARGRAVES ET AL. *v.* HAMILTON ET AL. Supreme Court of Mississippi.   Certiorari denied.   *R. L. Netterville* and *H. Alva Brumfield* for petitioners.   *Oliver M. Hornsby* for respondents.

No. 1234, Misc.   BYRNES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1236, Misc.   PRYSOCK *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Benito Gaguine* and *Joseph J. Kessler* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.